Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 82–444. GREITZER & LOCKS ET AL. v. JOHNS-MANVILLE CORP. ET AL. C. A. 4th Cir. Motion of respondents to defer consideration of the petition for writ of certiorari denied. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this motion and this petition.

No. 82–453. FRANCIS OIL & GAS, INC., ET AL. v. EXXON CORP. ET AL. Temp. Emerg. Ct. App. Motions of Independent Petroleum Association of America et al. and Texas Independent Producers Legal Action Association et al. for leave to file briefs as amici curiae granted. Certiorari denied.

No. 82–5053. MCCALLUM v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 82–5315. JOHN BB ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 81–2392. PHILLIPS PETROLEUM CO. v. SAUCEDO, ante, p. 839;
No. 81–6766. SUDRAŃSKI v. VETERANS ADMINISTRATION, ante, p. 845;
No. 81–6836. WADE v. UNITED STATES, ante, p. 848;
No. 81–6854. DAVIS v. GEORGIA, ante, p. 891; and
No. 81–6931. BOLES v. GUILFORD TECHNICAL INSTITUTE, ante, p. 852. Petitions for rehearing denied.